IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISRAEL VALDEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>SCOTTSBLUFF OPERATIONS LLC, a Nebraska limited liability corporation; WILLIAM PACKARD, M.D., ABDEL KADER LAQUEL KADER, M.D., and COMMUNITY ACTION PARTNERSHIP OF WESTERN NEBRASKA, a Nebraska non-profit corporation;<br><br>      Defendants.<br><br>SCOTTSBLUFF OPERATIONS LLC, a Nebraska limited liability corporation d/b/a MONUMENT REHABILITATION & CARE CENTER,<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>MEDICAL CENTER OF THE ROCKIES d/b/a UCHEALTH MEDICAL CENTER OF THE ROCKIES<br><br>      Third-Party Defendant. | **8:22CV289**<br><br><br>**SHOW CAUSE ORDER** |

Plaintiff filed this action in the District Court of Scotts Bluff County, Nebraska on or about February 11, 2022, and it was removed to this court on August 11, 2022. Prior to removal, Defendant Abdel Kader Laquel Kader, M.D. ("Kader") was served by certified mail on July 21, 2022. (Filing No. 13-1 at CM/ECF pp. 56-57).

A copy of the Notice of Removal was sent to Kader on August 11, 2022. (Filing No. 13-1 at CM/ECF pp. 68-75). Kader has not, to date, filed an answer or other responsive pleading and no explanation has been provided to the court regarding the failure to litigate the claims against this defendant. Plaintiff has a duty to prosecute this case with reasonable diligence.

Accordingly,

IT IS ORDERED that Plaintiff shall have until December 13, 2022 to show cause why its claims against Defendant Kader should not be dismissed for want of prosecution. See NECivR 41.2. The failure to timely comply with this order may result in dismissal of the claims against Defendant Kader without further notice.

Dated this 15th day of November, 2022.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge