IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISRAEL VALDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSBLUFF OPERATIONS LLC, a Nebraska limited liability corporation; WILLIAM PACKARD, M.D., ABDEL KADER LAQUEL KADER, M.D., and COMMUNITY ACTION PARTNERSHIP OF WESTERN NEBRASKA, a Nebraska non-profit corporation;<br><br>Defendants. | 8:22CV289<br><br><br>ORDER |

Plaintiff filed this action in the District Court of Scotts Bluff County, Nebraska on or about February 11, 2022, and it was removed to this court on August 11, 2022. Prior to removal, Defendant Abdel Kader Laquel Kader, M.D. ("Kader") was served by certified mail on July 21, 2022. (Filing No. 13-1 at CM/ECF pp. 56-57). A copy of the Notice of Removal was sent to Kader on August 11, 2022. (Filing No. 13-1 at CM/ECF pp. 68-75).

On November 15, 2022, the court issued an order directing Plaintiff to show cause as to why its claims against Kader should not be dismissed for want of prosecution. (Filing No. 42). In response, Plaintiff's counsel provided that they had been in contact with Kader's counsel, Mark Novotny, the parties agreed to extend

Kader's responsive pleading deadline, and that Kader intends to file a responsive pleading. ([Filing No. 47](#)). Kader has not, to date, filed an answer or other responsive pleading.

Accordingly,

IT IS ORDERED:

1. Defendant Abdel Kader Laquel Kader shall have until December 21, 2022, to file an answer or otherwise respond to the Complaint.

2. The Clerk of Court is directed to mail this order to the following:

   Abdel Kader  
   1717 E 34th Street  
   Scottsbluff, NE 69361

   Mark Novotny  
   Lamson Dugan & Murray  
   10306 Regency Parkway Dr.  
   Omaha, NE 68114

Dated this 8th day of December, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*  
United States Magistrate Judge