IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISRAEL VALDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSBLUFF OPERATIONS LLC, a Nebraska limited liability corporation; WILLIAM PACKARD, M.D., ABDEL KADER LAQUEL KADER, M.D., and COMMUNITY ACTION PARTNERSHIP OF WESTERN NEBRASKA, a Nebraska non-profit corporation;<br><br>Defendants. | **8:22CV289**<br><br>**ORDER** |

IT IS ORDERED:

1) The Defendants' notice of substitution, (Filing No. 4), is granted as follows.

   a. The United States of America is substituted as Defendant in the place of Defendant Community Action Partnership of Western Nebraska and Defendant William Packard, M.D.

   b. The caption on all docket filings hereafter shall reflect this substitution of parties; and

   c. The clerk shall correct the court's docket accordingly.

Dated this 18th day of May, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge