IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISRAEL VALDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTTSBLUFF OPERATIONS LLC, a Nebraska limited liability corporation; WILLIAM PACKARD, M.D., ABDEL KADER LAOUEL KADER, M.D., COMMUNITY ACTION PARTNERSHIP OF WESTERN NEBRASKA, a Nebraska non-profit corporation; and UNITED STATES OF AMERICA,<br><br>    Defendants. | 8:22CV289<br><br>ORDER REFERRING PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE TO UNITED STATES MAGISTRATE JUDGE |

  This case is before the Court on Plaintiff's Motion for Order to Show Cause as to why dismissed Third-Party Defendant Medical Center of the Rockies should not be held in contempt of court for making material misrepresentations to avoid being added to the instant litigation. Filing 212. The Motion requests as relief among other things the entry of default judgment on paragraphs 15 and 16 of Scottsbluff Operations' Third-Party Complaint against Medical Center of the Rockies. Filing 212 at 25. The Court concludes that this Motion should be referred to United States Magistrate Judge Jacqueline M. DeLuca pursuant to Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). Accordingly,

  IT IS ORDERED that Plaintiff's Motion for Order to Show Cause, Filing 212, is referred to United States Magistrate Judge Jacqueline M. DeLuca pursuant to Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b) for the conduct of any and all evidentiary or other

1

proceedings and the entry of a recommended disposition, including proposed findings of fact, on Plaintiff's Motion.

Dated this 18th day of September, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge