IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISRAEL VALDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSBLUFF OPERATIONS LLC, a Nebraska limited liability corporation; and UNITED STATES OF AMERICA,<br><br>Defendants. | 8:22CV289<br><br>ORDER SETTING BRIEFING SCHEDULE |

The Court enters the following order setting a briefing schedule on Plaintiff's Amended Motion for Order to Show Cause. Filing No. 215.

1) Responsive briefs in opposition to Plaintiff's motion shall be filed within twenty-one (21) days of the date of this Order.

2) Plaintiff shall file a reply brief in support of his motion within fourteen (14) days after the opposing party files and serves the opposing brief.

3) The Clerk shall electronically distribute a copy of this Order to counsel for dismissed third-party defendant Medical Center of the Rockies ("MCR") via the Court's electronic case filing system.

4) Within seven (7) days of the date of this Order, attorney Gilbert A. Dickinson shall notify the Court if he is not representing MCR in this matter. In the absence of timely notification, the Court will presume Mr. Dickinson continues to represent MCR and Mr. Dickinson will need to file a motion to obtain the Court's leave to withdraw from representation pursuant to the Court's local rules before he is relieved of his duties to MCR.

1

Dated this 25th day of September, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge