IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISRAEL VALDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSBLUFF OPERATIONS LLC, a Nebraska limited liability corporation; and UNITED STATES OF AMERICA,<br><br>Defendants. | 8:22CV289<br><br>**ORDER SETTING EVIDENTIARY HEARING**<br><br>**(AMENDED)** |

The Court grants dismissed thirty-party defendant Medical Center of the Rockies' ("MCR") unopposed motion to allow Mr. Jessie Willard to testify remotely on December 6, 2024. Filing No. 227.

Accordingly,

IT IS ORDERED:

1) The evidentiary hearing on Plaintiff's Amended Motion for Order to Show Cause, Filing No. 215, will be held before the undersigned magistrate judge on December 6, 2024 at 9:00 a.m. in **Courtroom #3**, United States Courthouse, Lincoln, Nebraska.

2) Counsel for the parties and counsel for MCR shall be present at this hearing.

3) On or before November 27, 2024, the parties and MCR shall deliver to the undersigned's chambers, via email, hand-delivery, or regular mail, their proposed witness list(s), exhibit list(s), and copies of all exhibits. The parties and MCR shall serve copies of the aforementioned documents on all parties.

1

4) Mr. Jessie Willard may testify remotely. Conferencing instructions will be provided by the Court prior to the hearing.

Dated this 22nd day of November, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge