IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISRAEL VALDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTTSBLUFF OPERATIONS LLC, a Nebraska limited liability corporation; and UNITED STATES OF AMERICA,<br><br>    Defendants. | 8:22CV289<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL** |

  This case is before the Court on the parties' Joint Stipulation for Dismissal, signed by counsel for the parties. Filing 249. The parties stipulate that this matter is resolved and may be dismissed with prejudice. Filing 249 at 1. Accordingly,

  IT IS ORDERED the parties' Joint Stipulation for Dismissal, Filing 249, accepted, and this matter is resolved and may be dismissed with prejudice.

  Dated this 18th day of March, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1