IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISRAEL VALDEZ,<br><br>                Plaintiff,<br><br>    vs.<br><br>SCOTTSBLUFF OPERATIONS LLC, a Nebraska limited liability corporation; and UNITED STATES OF AMERICA,<br><br>                Defendants. | 8:22CV289<br><br>ORDER TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE<br>WHY EXHIBITS<br>SHOULD NOT BE DESTROYED |

    Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

    Exhibits 3-7 from Evidentiary Hearing held December 6, 2024

    If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

    IT IS SO ORDERED.

    Dated this 10th day of April, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge